UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CANDIDO LOPEZ, <br><br> Defendant. | Case No. 1:16-cv-04339 |

## STIPULATION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION

Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC (collectively, "DISH Network"), and Defendant Candido Lopez ("Defendant"), file this stipulation and request that the Court enter a final judgment and permanent injunction against Defendant.

### I.    NATURE OF THE CASE

DISH Network brought this action claiming that Defendant unlawfully circumvented the DISH Network security system and intercepted DISH Network satellite television programming. Defendant is alleged to have accomplished this in part by subscribing to a pirate television service called Nfusion Private Server ("NFPS"). DISH Network claims that Defendant used the NFPS service to obtain the control words or "keys" needed to decrypt DISH Network's satellite signal and view copyrighted DISH Network television programming without having authorization from and without making payment to DISH Network.

### II.    RELIEF REQUESTED

The parties agree that a final judgment should be entered for DISH Network on Count I alleging violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(1), Count II

1

alleging violations of the Federal Communications Act, 47 U.S.C. § 605(a), and Count III alleging violations of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a), 2520. The parties also agree that damages should be awarded to DISH Network in the amount of $10,000, which represents minimum statutory damages under Count III. 18 U.S.C. § 2520(c)(2). In addition, the parties agree to the entry of a permanent injunction, which is authorized pursuant to Counts I-III. *See* 17 U.S.C. § 1203(b)(1); 47 U.S.C. § 605(e)(3)(B)(i); 18 U.S.C. § 2520(b)(1). A proposed final judgment and permanent injunction has been submitted.

Respectfully submitted,

Dated: May 31, 2016 **LEWIN LAW GROUP**

By: /s/ David M. Lewin
David M. Lewin
175 W. Jackson Boulevard, Suite 1600
Chicago, IL 60604-2827
Telephone: (312) 540-7556
Facsimile: (312) 540-0578

Attorneys for Plaintiffs DISH Network
L.L.C., EchoStar Technologies L.L.C., and
NagraStar LLC

By: Candido Lopez
Candido Lopez
2241 N. Spaulding Ave.
Chicago, IL 60647

Defendant *Pro Se*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2016, I electronically filed the foregoing with the Clerk of the Court, and provided a copy via Certified Mail to the following non-CM/ECF participant:

Candido Lopez
2241 N. Spaulding Ave.
Chicago, IL 60647

By: /s/ David M. Lewin
David M. Lewin
175 W. Jackson Boulevard, Suite 1600
Chicago, IL 60604-2827
Telephone: (312) 540-7556
Facsimile: (312) 540-0578